**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-886 JMR/SRN**

| | |
|---|---|
| Tracy Marquardt,<br><br>Plaintiff,<br>v.<br><br>JNR Adjustment Company, Inc., and Lynn Summers, individually,<br><br>Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and her attorneys, and Defendants and their attorney that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: 10/10/2002.

**THE BARRY LAW OFFICE, LTD.**

By: ______________________
Peter F. Barry, Esq.
**Attorney for Plaintiff**
Attorney I.D.#**0266577**
342 East County Road D
St. Paul, Minnesota 55117
Telephone: (651) 714-8800

Dated: 10-15-02.

**HELLMUTH & JOHNSON, PLLC**

By: ______________________
John K. Rossman, Esq.
**Attorney for Defendants**
Attorney I.D.# **244831**
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344
Telephone: (952) 941-4005

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
**Attorney for Plaintiff**
Attorney I.D. #**0249646**
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

FILED
RICHARD D. SLETTEN, CLERK
OCT 18 2002
JUDGMENT ENTERED OCT 18 2002
DEPUTY CLERK'S INITIALS ______

**ORDER**

Based on the above Stipulation of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 17, 2002.

JUDGE JAMES M. ROSENBAUM
United States District Court