# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Tracy Marquardt

v.

JNR Adjustment Company, Inc., and
Lynn Summers, individually

Case No. Civil 01-886 JMR/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that Plaintiff's complaint against Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.**

DATE: October 17, 2002

RICHARD D. SLETTEN, CLERK

Deborah D. Bell

Deborah D. Bell, Deputy Clerk

(12)